# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   1:15-cv-02422-REB-KLM

DINSDALE BROS., INC. d/b/a DINSDALE BROTHERS, INC. and PACIFIC EDGE LAND AND CATTLE, LLC d/b/a D&D FEEDLOT WEST,

   Plaintiffs,

v.

REZAC LIVESTOCK COMMISSION COMPANY, INC.,

   Defendant.

---

## STIPULATED ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Dated: March 22, 2016.

| | |
|---|---|
| /s/ Scott C. Sandberg | /s/ Michelle M. Masoner |
| Scott C. Sandberg | Michelle M. Masoner |
| Snell & Wilmer L.L.P. | Bryan Cave LLP |
| 1200 Seventeenth Street, Suite 1900 | 1200 Main Street, Suite 3800 |
| Denver, Colorado 80202 | Kansas City, Missouri 64105 |
| Phone: (303) 634-2000 | Phone: (816) 374-3200 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

**SO ORDERED**

Dated: 3/25/16

Hon. Kristen L. Mix
United States Magistrate Judge

23727160